FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED
AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN
<u>ACCORDANCE WITH RULE 221, Pa.R.D.E.</u>

<u>New</u>

660 Clarion FCU
661 First American Trust, FSB
662 Bank of Bird in Hand
663 BHCU

<u>Name Change</u>

561 Citizens Bank of PA – Change to Citizens Bank, NA
46 First Community Bank of Mercersburg – Change to 94 Orrstown Bank
614 Monument Bank – Change to Monument Bank, a division of Citizens & Northern Bank
133 Union Community Bank – Change to 93 Northwest Bank

<u>Platinum Leader Change</u>

2 ACNB Bank – Remove
136 Centric Bank - Remove

<u>Correction</u>


<u>Removal</u>

Submitted:  4/30/2019